UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CADESHA BISHOP,

        Plaintiff,

v.

THE LAS VEGAS REVIEW JOURNAL, CABLE NEWS NETWORK (CNN), CBS, FOX NEWS NETWORK, YOUTUBE,

        Defendants.

Case No. 2: 24-cv-01653-GMN-EJY

**ORDER**

On September 5, 2024, Plaintiff submitted an incomplete application to proceed *in forma pauperis* ("IFP") together with a Civil Rights Complaint under 42. U.S.C. § 1983. ECF Nos. 1, 1-1. Plaintiff's IFP application is incomplete because she failed to include a financial certificate signed by a prison or jail official (number 2 below).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice.

IT IS FURTHER ORDERED that on or before **November 8, 2024**, Plaintiff must either pay the $405 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed in Forma Pauperis for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. Even if Plaintiff has not been in the custody of the Florence McClure Women's Correction Center a full six-month period, Plaintiff must submit her inmate financial certificate and trust fund account statement for the dates she has been at the facility. 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2.

IT IS FURTHER ORDERED that the Clerk of the Court **must** send Plaintiff the approved form application to proceed *in forma pauperis* for an inmate along with the information and instructions for filing the same.

1

IT IS FURTHER ORDERED that failure to either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before **November 8, 2024**, will result in a recommendation to dismiss this action **without prejudice**.  A dismissal without prejudice allows Plaintiff to file her case with the Court, under a new case number, when she is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1) but will not file it at this time.

DATED this 9th day of September, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2